DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.
WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Tel:   (973) 467-2700
Fax:   (973) 467-8126
Email: dstolz@wjslaw.com
       dclarke@wjslaw.com

Attorneys for OceanConnect Marine, Inc.;
Glencore; McAllister Towing & Transportation,
Inc.; and Moran Towing Corporation

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>Hanjin Shipping Co., Ltd.<br><br>   Debtor. | District Court Case 16-cv-05641-KM |

**NOTICE OF EMERGENCY APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

PLEASE TAKE NOTICE that OceanConnect Marine, Inc., Glencore (and its affiliate Chemoil) , McAllister Towing & Transportion, Inc., and Moran Towing Corporation (herein the "Maritime Lien Creditors") hereby appeal to the United States Court of Appeals for the Third Circuit on an emergency basis and pursuant to 28 U.S.C. 1292(a)(1) this Court's September 16, 2016 6:00 p,m, Order (copy exhibited hereto, to be docketed) denying Appellants' request for an emergency stay of the orders of the U.S. Bankruptcy Court for the District of New Jersey.

Dated: September 17, 2016.

                                        */s/ Daniel M. Stolz*

                                        DANIEL M. STOLZ, ESQ.
                                        DONALD W. CLARKE, ESQ.
                                        WASSERMAN, JURISTA & STOLZ, P.C.
                                        110 Allen Road, Suite 304

Basking Ridge, NJ 07920
Tel:     (973) 467-2700
Fax:    (973) 467-8126
Email: dstolz@wjslaw.com
           dclarke@wjslaw.com


J. Stephen Simms (*pro hac vice* pending)
Marios J. Monopolis (*pro hac vice* pending)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Telephone    410-783-5795
Facsimile     410-510-1789
mjmonopolis@simmsshowers.com

Attorneys for OceanConnect Marine, Inc.; Glencore; McAllister Towing & Transportation, Inc.; and Moran Towing Corporation